No. — — —. LOCAL 806, ALLIED INDUSTRIAL WORK-ERS OF AMERICA, AFL–CIO v. CATERPILLAR TRACTOR CO. ET AL. Motion of petitioner to direct the Clerk to file the petition for writ of certiorari denied.

No. A–574. AMIS v. UNITED STATES ET AL. D. C. M. D. Fla. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 80–1924. WEINBERGER, SECRETARY OF DEFENSE, ET AL. v. ROSSI ET AL. C. A. D. C. Cir. [Certiorari granted, 454 U. S. 813.] Motion of William V. Chappell, Jr., et al. for leave to file a brief as amici curiae granted.

No. A–610. LOCAL 1814, INTERNATIONAL LONGSHORE-MEN'S ASSN., ET AL. v. WATERFRONT COMMISSION OF NEW YORK HARBOR. D. C. S. D. N. Y. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. 78–1545. ZIPES ET AL. v. TRANS WORLD AIRLINES, INC.; and

No. 80–951. INDEPENDENT FEDERATION OF FLIGHT AT-TENDANTS v. TRANS WORLD AIRLINES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 450 U. S. 979.] Motion of pe-titioner in No. 80–951 for leave to file a supplemental brief after argument granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 80–1429. YOUNGBERG, SUPERINTENDENT, PENN-HURST STATE SCHOOL AND HOSPITAL, ET AL. v. ROMEO, AN INCOMPETENT, BY HIS MOTHER AND NEXT FRIEND, ROMEO. C. A. 3d Cir. [Certiorari granted, 451 U. S. 982.] Motion of Lowell P. Weicker, Jr., et al. to reconsider denial of leave to file a brief as amici curiae out of time denied.